UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALTERRA EXCESS & SURPLUS )
INSURANCE COMPANY, )
 )
      Plaintiff, )
 )
v. ) CASE NO: 11-cv-1470-T-17TGW
 )
 )
TITLE CLOSINGS & RESEARCH SERVICES )
INC., DBA: ELITE TITLE SERVICES, )
MICHELLE SALVATO, COMMONWEALTH )
LAND TITLE INSURANCE COMPANY )
 )
      Defendants. )
_____ )

## ORDER FOR FINAL JUDGMENT OF DEFAULT

THIS CAUSE having come before the Court on Plaintiff, ALTERRA EXCESS & SURPLUS INSURANCE COMPANY's, Motion for Entry of Final Default Judgment Against Defendant, MICHELLE SALVATO, and the Court having reviewed the Motion, and being otherwise duly advised in the premises, it is

ORDERED AND ADJUDGED as follows:

1. Plaintiff's Motion for Entry of Final Default Judgment is **GRANTED**.

2. Default Judgment is hereby entered in favor of Plaintiff, ALTERRA EXCESS & SURPLUS INSURANCE COMPANY, and against Defendant, MICHELLE SALVATO.

3. This Court further rules there is no insurance coverage applicable for the subject claim underlying this action.

DONE AND ORDERED in Chambers in Tampa, Florida this 24TH day of October, 2011.

*[signature]*
DISTRICT COURT JUDGE
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:

Michelle Salvato, 17008 Winners Circle, Odessa, FL 33556-1828

Title Closings & Research Services, Inc. d/b/a Elite Title Service Attn: Michelle Salvato, Registered Agent, 17008 Winners Circle Odessa, FL 33556-1828

Commonwealth Land and Title Ins. Co., Attn: Chief Financial Officer, Register Agent 200 East Gaines Street, Tallahassee, FL 32399-4201

Brett R. Bloch, Esq., 621 NW 53 Street, Ste. 310, Boca Raton, FL 334387